**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

Eastern District of Virginia

Case number (*If known*): _____    Chapter you are filing under:
☐ Chapter 7
☑ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. **Debtor's name** | Burke Mountain Southeast, LLC | |
| 2. **All other names debtor used in the last 8 years** Include any assumed names, trade names, and *doing business as* names | | |
| 3. **Debtor's federal Employer Identification Number (EIN)** | 46-2228968 | |
| 4. **Debtor's address** | **Principal place of business** 5206 Markel Road Number    Street Suite 200 Richmond    VA    23230 City        State    ZIP Code Richmond County County | **Mailing address, if different from principal place of business** Number    Street P.O. Box City        State    ZIP Code **Location of principal assets, if different from principal place of business** Various (over 700 parcels) Number    Street Connellys Springs    NC    28612 City        State    ZIP Code |
| 5. **Debtor's website** (URL) | | |
| 6. **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ | |

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 1

Debtor  **Burke Mountain Southeast, LLC**    Case number (if known) _____
_____Name_____

**7. Describe debtor's business**

A. *Check one:*
☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

B. *Check all that apply:*
☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .
   **0065**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*
☐ Chapter 7
☐ Chapter 9
☑ Chapter 11. *Check **all** that apply*:

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☑ No
☐ Yes.  District _____  When _____  Case number _____
                                  MM / DD / YYYY
         District _____  When _____  Case number _____
                                  MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
List all cases. If more than 1, attach a separate list.

☐ No
☑ Yes.  Debtor **Bon View Developers, LLC**    Relationship **Affiliate**
         District **E.D. Virginia**    When _____
                                          MM / DD / YYYY
         Case number, if known _____

Debtor  Burke Mountain Southeast, LLC        Case number (*if known*)_____
　　　　 Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** (*Check all that apply.*)<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>　What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br><br>**Where is the property?** _____<br>　　　　　　　　　　　　　　　Number　　　Street<br>_____<br>_____<br>City　　　　　　　　　　　　　State　　ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes. Insurance agency _____<br>　　　　　Contact name _____<br>　　　　　Phone _____ |

### Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds** | *Check one:*<br>☑ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☑ 1-49　　　　☐ 1,000-5,000　　　☐ 25,001-50,000<br>☐ 50-99　　　　☐ 5,001-10,000　　☐ 50,001-100,000<br>☐ 100-199　　　☐ 10,001-25,000　　☐ More than 100,000<br>☐ 200-999 |
| **15. Estimated assets** | ☐ $0-$50,000　　　　　　☑ $1,000,001-$10 million　　　☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000　　　☐ $10,000,001-$50 million　　☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000　　☐ $50,000,001-$100 million　　☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million　　☐ $100,000,001-$500 million　☐ More than $50 billion |

Debtor  Burke Mountain Southeast, LLC  
       Name

Case number *(if known)*_____

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  08/27/2020  
               MM / DD / YYYY

✘ /s/ Ray Hollowell, Jr.    Ray Hollowell, Jr.  
Signature of authorized representative of debtor    Printed name

Title  Manager

**18. Signature of attorney**

✘ /s/ Karen Crowley    Date  08/27/2020  
Signature of attorney for debtor    MM / DD / YYYY

Karen Crowley  
Printed name  
Crowley Liberatore, PC  
Firm name  
Town Point Center 150 Boush Street, Ste 604  
Number    Street  
Norfolk    VA    23510  
City    State    ZIP Code  

7573334500    kcrowley@clrbfirm.com  
Contact phone    Email address  

35881    VA  
Bar number    State

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page **4**

**Fill in this information to identify the case:**

Debtor name ___Burke Mountain Southeast, LLC___

United States Bankruptcy Court for the: ___Eastern District of Virginia___

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Tom Coates<br>PO Box 11787<br>5206 Markel Road, Suite 200<br>Richmond, VA, 23230 | | | Disputed | | | 75,000.00 |
| 2 | Estate of George W. Brown<br>17500 Frederick Road<br>Mount Airy, 21771 | | | Disputed | | | 10,000.00 |
| 3 | Bruce Miller, CPA<br>PO Box 70<br>40222 Methodist Church Road<br>Avon, NC, 27915 | | | | | | 8,064.00 |
| 4 | Coates & Davenport<br>5206 Markel Road<br>Suite 200<br>Richmond, VA, 23230 | | | | | | 1,650.00 |
| 5 | Bissell Professional Group<br>BPG, Inc.<br>PO Box 1068<br>Kitty Hawk, NC, 27949 | | | | | | 914.00 |
| 6 | Charles F. Miller, Jr. (Jt owner of Brown claim)<br>6389 Red Spruce Lane<br>Sykesville, 21784 | | | | | | 0.00 |
| 7 | | | | | | | |
| 8 | | | | | | | |

Debtor  Burke Mountain Southeast, LLC
Name

Case number (*if known*)_____

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

**Fill in this information to identify the case and this filing:**

Debtor Name __Burke Mountain Southeast, LLC__

United States Bankruptcy Court for the: __Eastern District of Virginia__

Case number (*If known*): _____

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __08/27/2020__    ✘ __/s/ Ray Hollowell, Jr.__
MM / DD / YYYY         Signature of individual signing on behalf of debtor

Ray Hollowell, Jr.
Printed name

Manager
Position or relationship to debtor

Official Form 202        **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Bissell Professional Group
BPG, Inc.
PO Box 1068
Kitty Hawk, NC 27949

Bruce Miller, CPA
PO Box 70
40222 Methodist Church Road
Avon, NC 27915

Burke County Tax Collector
P.O. Box 219
110 North Green Street
Morganton, NC 28680

Charles F. Miller, Jr. (Jt owner of Brown cla
6389 Red Spruce Lane
Sykesville,  21784

Coates & Davenport
5206 Markel Road
Suite 200
Richmond, VA 23230

Estate of George W. Brown
17500 Frederick Road
Mount Airy,  21771

Gary Breen Smith
2369 Breston Road
La Grange, NC 28551

Kania Law Firm
600 A Centre Park Drive
Asheville, NC 28805

Lexis Funding, Inc. MPP
Two University Plaza, Suite 402
Hackensack, NJ 07601

OuterBanks/Kinnakeet
8351 Fern Lane
Connellys Springs,  28612

Pine Mountain Property Owners Association, In
2885 Pine Mountain Drive
Connellys Springs, NC 28612

Thomas R. Goddard, Guardian ad Litem
3803B Computer Dr #103
Raleigh, NC 27609

Tom Coates
PO Box 11787
5206 Markel Road, Suite 200
Richmond, VA 23230

United States Bankruptcy Court
Eastern District of Virginia

In re: Burke Mountain Southeast, LLC

Debtor(s)

Case No.

Chapter 11

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 08/27/2020

/s/ Ray Hollowell, Jr.
Signature of Individual signing on behalf of debtor

Manager
Position or relationship to debtor

# CORPORATE RESOLUTION
# OF BURKE MOUNTAIN SOUTHEAST, LLC

The undersigned, being a managing member of Burke Mountain Southeast, LLC, a Virginia limited liability company (the "Company"):

WHEREAS, the Company owns real property in North Carolina but has its principal place of business in Richmond, Virginia and is a Virginia corporation;

WHEREAS, certain taxing authorities and other creditors have moved to foreclose upon or otherwise liquidate certain parcels of real property owned by the Company;

WHEREAS, it is in the business judgment of the manager, based upon the most current financial and other information in its possession, to file a Chapter 11 bankruptcy petition for the Company;

WHEREAS, the manager, in the exercise of its business judgment, desires to employ Karen Crowley, currently with Crowley Liberatore P.C., to represent it and file a Chapter 11 bankruptcy petition, in the Eastern District of Virginia, Richmond Division, for the Company and for Ray E. Hollowell, Jr. to serve as the designated representative for the Company in the Chapter 11 case;

NOW THEREFORE, BE IT,

RESOLVED: the Chapter 11 petition is approved to be filed with the United States Bankruptcy Court for E.D. of Virginia, Richmond Division or such other jurisdiction as is appropriate under the law and facts.

RESOLVED: that Ray E. Hollowell, Jr. shall serve as the designated representative in the Chapter 11 case.

RESOLVED: the Company is authorized to utilize the services of Karen Crowley, with Crowley Liberatore P.C. or any successor firm in which she is involved, to prosecute the Chapter 11 and to prepare the necessary paperwork for the completion of the Chapter 11.

The undersigned, being the sole Manager of the Company, adopts the foregoing resolutions in lieu of a formal meeting effective immediately.

Burke Mountain Southeast, LLC

By:  /s/ Ray E. Hollowell
Ray E. Hollowell, Jr. Manager

Date Signed:  08/27/2020

# UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
___Richmond___ Division

In re  Burke Mountain Southeast, LLC
       Bon View Developers, LLC
              Debtor(s)                                    Case No.

                    Plaintiff(s)                           Chapter
v.

                    Defendant(s)                           Adversary No.

## CORPORATE OWNERSHIP STATEMENT

Pursuant to FRBP 1007(a)(1), or FRBP 7007.1(a) the undersigned counsel for the following corporate entity:
_Burke Mountain Southeast, LLC and Bon View Developers, LLC_____

in the above captioned case or adversary proceeding certifies that the following corporation(s), other than a governmental unit, directly or indirectly owns 10% or more of any class of the corporation's equity interest, or states that there are no entities to report under FRBP 1007(a)(1), or FRBP 7007.1(a):

☒ No entities to report under FRBP 1007(a)(1), or FRBP 7007.1(a) *[Check if applicable]*

| | |
|---|---|
| 8/28/2020 | /s/ Karen M. Crowley |
| Date | Signature of Debtor's Counsel or Party in Adversary Proceeding |

[cpownstm ver. 3/2004]