# IN THE
# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

In re:
BURKE MOUNTAIN SOUTHEAST, LLC            Case No. 20-33633-KLP
BON VIEW DEVELOPERS, LLC                Jointly administered

       **Debtors in Possession**                          **Chapter 11**

## MOTION TO WITHDRAW AS COUNSEL

COMES NOW Crowley Law P.C., the firm which has been authorized by the Court to represent the Debtors, and states that the designated representative of the Debtors has terminated the firm's representation of the Debtors; therefore, counsel for the Debtors moves to withdraw as counsel for record in these Chapter 11 cases. At this time, the Debtors have not identified to Crowley Law, P.C. who their replacement counsel will be but desire that the Court provide them with thirty days to retain counsel to substitute into this case.

Dated: October 22, 2021                  CROWLEY LAW P.C.

                                         BY:     */s/ Karen M. Crowley*

Karen M. Crowley, VSB No. 35881
Crowley Law P.C.
150 Boush Street, Suite 604
Norfolk, VA 23510
Telephone – (757) 333-4502
kcrowley@crowleylawpc.com

## Certificate of Service

I certify that on October 22, 2021, a true copy of the foregoing was filed with the Court and sent electronically to those persons entitled to receive electronic ECF notices in the case and sent by email to Ray Hollowell, Jr., the designated representative of the Debtors.

                                                      */s/ Karen M. Crowley*